

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

## O R D E R

After the panel denied Appellee's motion for rehearing, Appellee timely filed a motion for en banc reconsideration. This court requested Appellant's response to Appellee's motion by October 26, 2020. Appellant filed an unopposed first motion for a ten-day extension of time to file Appellant's response.

Appellant's motion is GRANTED. Appellant's response to Appellee's motion for en banc reconsideration must be filed with this court by November 5, 2020.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court